\* BROOKS, CLARK & CO. *v.* TOWNSEND &  [286]
BRYANT.

APPEAL, DISMISSAL OF—For want of assignment of errors.

APPEAL from the ———Judicial District.

Mr. Ch. J. MURRAY delivered the opinion of the Court. Mr. J. HEYDENFELDT concurred.

The appeal in this case is dismissed,·for want of assignments of errors.